UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADIABEL GUEYE,<br><br>        Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, et al.,<br><br>        Defendants. | Case No. 3:22-cv-08904-JSC<br><br>**ORDER TO PLAINTIFF TO SHOW CAUSE**<br><br>Re: Dkt. No. 52 |

On June 12, 2024, Defendants filed a motion to dismiss Plaintiff's Second Amended Complaint. (Dkt. No. 52.) Plaintiff's response to that motion was due June 26, 2024. Plaintiff did not file a response by the June 26 deadline.

As Plaintiff does not have attorney representation, the Court gave Plaintiff one additional week to file a response to Defendants' motion to dismiss, extending Plaintiff's deadline to July 9, 2024. The Court also cautioned Plaintiff that a failure to respond to the motion to dismiss could result in his claims being dismissed.

To date, Plaintiff has not filed a response to Defendant's motion. So, **the Court orders Plaintiff to show cause** why this case should not be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b). If Plaintiff does not file a written response by **July 24, 2024**, the Court will dismiss the case with prejudice for failure to prosecute.

The Court further VACATES the hearing for the motion to dismiss and the scheduled case management conference on July 25, 2024. If Plaintiff files a written response by July 24, 2024, the Court will reschedule those hearings.

//

//

**IT IS SO ORDERED.**

Dated: July 16, 2024

_____
JACQUELINE SCOTT CORLEY
United States District Judge